1  Craig A. Livingston – SBN 148551
   Crystal L. Van Der Putten – SBN 227262
2  LIVINGSTON LAW FIRM
   A Professional Corporation
3  1600 South Main Street, Suite 280
   Walnut Creek, CA  94596
4  Tel:  (925) 952-9880
   Fax: (925) 952-9881
5  clivingston@livingstonlawyers.com
   cvanderputten@livingstonlawyers.com
6
   Attorneys for Defendant
7  SENTRY EQUIPMENT ERECTORS, INC.

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LAGUNITAS BREWING COMPANY, | Case No. 4:15-cv-02971-KAW |
| | Case No. 3:15-cv-06044-MEJ |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASE NOS. 4:15-CV-02971-KAW AND 3:15-CV-06044-MEJ** |
| SENTRY EQUIPMENT ERECTORS, INC., and DOES 1 through 100, inclusive, | |
| Defendants. | |
| CHARLES CHRISTOPHER PERKINS, an individual, | |
| Plaintiff, | |
| v. | |
| SENTRY EQUIPMENT ERECTORS, INC., a Virginia Corporation and DOES 1-25, inclusive, | |
| Defendants. | |

Plaintiffs THE LAGUNITAS BREWING COMPANY ("LAGUNITAS"), TWIN CITY FIRE INSURANCE COMPANY ("TWIN CITY") and CHARLES CHRISTOPHER PERKINS and DEFENDANT SENTRY EQUIPMENT ERECTORS, INC. ("SENTRY"), by and through their respective counsel of record, HEREBY STIPULATE as follows:

---

*The Lagunitas Brewing Company, et al. v. Sentry Equipment Erectors, Inc.*, Case No. 4:15-cv-02971-KAW and *Perkins v. Sentry Equipment Erectors, Inc.*, Case No. 3:15-cv-06044-MEJ
STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASE NOS. 4:15-CV-02971-KAW AND 3:15-CV-06044-MEJ

-1-

1. Plaintiff LAGUNITAS filed a subrogation Complaint in the Sonoma County Superior Court on or about June 15, 2015, naming defendant SENTRY, Sonoma County Superior Court Case No. SCV257294.  SENTRY removed the case to the United States District Court for the Northern District of California on or about June 29, 2015, Case No. 4:15-cv-02971-KAW and the case is currently pending before Magistrate Judge Kandis A. Westmore.

2. On or about July 28, 2015, LAGUNITAS filed the operative Second Amended Complaint ("LAGUNITAS SAC") and added plaintiff TWIN CITY, LAGUNITAS' workers' compensation insurer.  The LAGUNITAS SAC is a subrogation action seeking reimbursement for worker's compensation benefits paid by TWIN CITY to LAGUNITAS' employee PERKINS.

3. The LAGUNITAS SAC contains causes of action three causes of action: 1) Negligence; 2) Strict Products Liability (manufacturing, design and warning defect); and 3) Breach of the Implied Warranties of Merchantability and Fitness.

4. No Case Management Order has been issued in the LAGUNITAS/TWIN CITY action and the Court extended the mediation deadline to allow the parties to resolve the issue of consolidation.

5. Plaintiff PERKINS filed a Complaint in the Sonoma County Superior Court on or about August 14, 2015, naming defendant SENTRY, Sonoma County Superior Court Case No. SCV257582.  SENTRY removed the case to the United States District Court for the Northern District of California on or about December 22, 2015, Case No. 3:15-cv-06044-MEJ and the case is currently pending before Magistrate Judge Maria Elena James.

6. The PERKINS Complaint is a complaint for personal injuries PERKINS sustained while in the course and scope of his employment with LAGUNITAS.

7. The PERKINS Complaint includes five causes of action: 1) Negligence; 2) Strict Products Liability – Manufacturing Defect; 3) Strict Products Liability – Design Defect; 4) Strict Products Liability – Failure to Warn; and 5) Breach of Implied Warranties of Merchantability and Fitness.

---

*The Lagunitas Brewing Company, et al. v. Sentry Equipment Erectors, Inc.*, Case No. 4:15-cv-02971-KAW and *Perkins v. Sentry Equipment Erectors, Inc.*, Case No. 3:15-cv-06044-MEJ
STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASE NOS. 4:15-CV-02971-KAW AND 3:15-CV-06044-MEJ

-2-

8. The initial case management conference in the PERKINS action is not scheduled to take place until March 24, 2016. Accordingly, no Case Management Order has issued.

9. Both the LAGUNITAS/TWIN CITY action and the PERKINS action arise from an accident occurring on August 19, 2013 at 1280 North McDowell Boulevard in Petaluma, California and in which PERKINS sustained personal injuries while in the course and scope of his employment with LAGUNITAS. PERKINS and LAGUNITAS/TWIN CITY allege that PERKINS was injured while troubleshooting an issue with a Bulk Depalletizer machine SENTRY sold and delivered to the LAGUNITAS premises in or about June 2013. All plaintiffs claim SENTRY's Bulk Depalletizer suffered from product defects (manufacturing, design and warning) for which SENTRY is responsible.

10. The LAGUNITAS SAC and the PERKINS Complaint contain the same causes of action and nearly identical factual allegations which create common issues of law and fact sufficient to warrant consolidation under Federal Rule of Civil Procedure 42.

11. Consolidation of the LAGUNITAS/TWIN CITY and PERKINS matters will promote judicial efficiency and result in efficiency for all parties.

12. Consolidation of the LAGUNITAS/TWIN CITY and PERKINS matters will not create inconvenience, delay or expense.

13. Moreover, California law requires consolidation of actions against third parties by the employer and employee if brought independently. Cal. Labor Code §2853.

14. Accordingly, LAGUNITAS, TWIN CITY, PERKINS and SENTRY agree that the LAGUNITAS/TWIN CITY and PERKINS actions, respectively Case Nos. 4:15-CV-02971-KAW and Case No. 3:15-CV-06044-MEJ, should be consolidated for pre-trial proceedings, trial and appeal.

///

///

///

///

---

*The Lagunitas Brewing Company, et al. v. Sentry Equipment Erectors, Inc.*, Case No. 4:15-cv-02971-KAW and *Perkins v. Sentry Equipment Erectors, Inc.*, Case No. 3:15-cv-06044-MEJ
STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASE NOS. 4:15-CV-02971-KAW AND 3:15-CV-06044-MEJ

1    15. It is further agreed that the PERKINS action should be reassigned to the Honorable
2  Kandis A. Westmore, the magistrate judge handling the LAGUNITAS/TWIN CITY action as it
3  was the earliest filed action.

4  **IT IS SO STIPULATED**.

5  Dated:  February 12, 2016          ADELSON, TESTAN, BRUNDO, NOVELL & JIMENEZ

By  */s/ Davil Vasquez*
    ───────────────────────────
    Davil Vasquez, Esq.
    Attorneys for Plaintiffs
    THE LAGUNITAS BREWING COMPANY, A CALIFORNIA CORPORATION; AND TWIN CITY FIRE INSURANCE COMPANY, AN INDIANA CORPORATION

12  Dated:  February 12, 2016          KRANKEMANN PETERSEN LLP

By  */s/ W. Christian Krankemann*
    ───────────────────────────
    W. Christian Krankemann, Esq.
    Attorneys for Plaintiff
    CHARLES CHRISTOPHER PERKINS

17  Dated:  February 12, 2016          LIVINGSTON LAW FIRM

By  */s/ Craig A. Livingston*
    ───────────────────────────
    Craig A. Livingston
    Crystal L. Van Der Putten
    Attorneys for Defendant
    SENTRY EQUIPMENT ERECTORS, INC.

---

*The Lagunitas Brewing Company, et al. v. Sentry Equipment Erectors, Inc.*, Case No. 4:15-cv-02971-KAW and *Perkins v. Sentry Equipment Erectors, Inc.*, Case No. 3:15-cv-06044-MEJ
STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASE NOS. 4:15-CV-02971-KAW AND 3:15-CV-06044-MEJ

-4-

**[PROPOSED] ORDER**

Pursuant to the Federal Rule of Civil Procedure 42 and the parties' stipulation, and good cause appearing, Case No. 4:15-cv-02971-KAW, entitled *The Lagunitas Brewing Company, et al. v. Sentry Equipment Erectors, Inc.*, and Case No. 3:15-cv-06044-MEJ, entitled *Perkins v. Sentry Equipment Erectors, Inc.*, shall be consolidated for pre-trial proceedings, trial and appeal.

*Perkins v. Sentry Equipment Erectors, Inc.*, Case No. 3:15-cv-06044-MEJ, shall be reassigned to Magistrate Judge Kandis A. Westmore.

The clerk shall cause a copy of this Order to be placed in the separate file for *Perkins v. Sentry Equipment Erectors, Inc.*, Case No. 3:15-cv-06044-MEJ.

**IT IS SO ORDERED**.

Dated: 3/10/16

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE